Atty., and Grover C. Morris, Asst. State's Atty., both of Austin, for the State.

HAWKINS, J. Appellant is under conviction for unlawfully carrying a pistol, with an assessed punishment of $100.

No bills of exception nor statement of facts accompany the record, and in this condition nothing is presented for review. The judgment of the trial court is affirmed.

---

Howard HUDGINS v. STATE. (No. 8116.) (Court of Criminal Appeals of Texas. March 26, 1924.) Appeal from Gray County Court; John B. Ayres, Judge. Tom Garrard, State's Atty., and Grover C. Morris, Asst. State's Atty., both of Austin, for the State.

HAWKINS, J. Appellant is under conviction for unlawfully carrying a pistol, with an assessed punishment of $100. No bills of exception nor statement of facts accompany the record, and in this condition nothing is presented for review. The judgment of the trial court is affirmed.

---

Marshall JARROTT v. STATE. (No. 8324.) (Court of Criminal Appeals of Texas. March 26, 1924. Appeal from District Court, Montague County; Paul Donald, Judge. Tom Garrard, State's Atty., and Grover C. Morris, Asst. State's Atty., both of Austin, for the State.

LATTIMORE, J. Appellant was convicted in the district court of Montague county of transporting intoxicating liquor, and his punishment fixed at one year in the penitentiary. The record is before us without any bills of exception, and the facts in evidence show that appellant transported intoxicating liquor along a public street in Bowie, Texas. The evidence being sufficient to sustain a conviction, the judgment will be affirmed.

---

Elmer JONES v. STATE. (No. 8610.) (Court of Criminal Appeals of Texas. March 26, 1924.) Appeal from Criminal District Court, Travis County; James R. Hamilton, Judge. Tom Garrard, State's Atty., and Grover C. Morris, Asst. State's Atty., both of Austin, for the State.

MORROW, P. J. The conviction is for the unlawful manufacture of intoxicating liquor; punishment fixed at confinement in the penitentiary for one year. Upon the written request of the appellant, verified by his affidavit on file, the appeal is dismissed.

---

Bill McDUFFIE v. STATE. (No. 8477.) (Court of Criminal Appeals of Texas. March 5, 1924.) Appeal from District Court, Cass County; Hugh Carney, Judge. Tom Garrard, State's Atty., and Grover C. Morris, Asst. State's Atty., both of Austin, for the State.

HAWKINS, J. Upon a charge of burglary appellant entered his plea of guilty, and the jury assessed his punishment at five years in the penitentiary. Neither statement of facts nor bills of exception are found in the record. Nothing is before us for review. The judgment is affirmed.

---

Green MILLER v. STATE. (No. 8480.) (Court of Criminal Appeals of Texas. March 5, 1924.) Appeal from District Court, Sabine County; V. H. Stark, Judge. Tom Garrard, State's Atty., and Grover C. Morris, Asst. State's Atty., both of Austin, for the State.

LATTIMORE, J. Appellant was convicted in the district court of Sabine county of manufacturing intoxicating liquor, and his punishment fixed at one year in the penitentiary. The indictment correctly charged the offense, and the court gave the law of the issue in the charge. The record containing neither statement of facts nor bills of exception, an affirmance must be ordered.

---

Bennie MITCHELL v. STATE. (No. 8434.) (Court of Criminal Appeals of Texas. March 5, 1924.) Appeal from Criminal District Court, Williamson County; James R. Hamilton, Judge. Tom Garrard, State's Atty., and Grover C. Morris, Asst. State's Atty., both of Austin, for the State.

MORROW, P. J. The offense is burglary of a private residence in the nighttime; punishment fixed at confinement in the penitentiary for a period of 99 years. The record is before us without bill of exceptions or statement of facts. The proceedings appear to be regular. The judgment is affirmed.

---

Tom PIGG v. STATE. (No. 8358.) (Court of Criminal Appeals of Texas. March 5, 1924.) Appeal from Tarrant County Court, at Law; P. W. Seward, Judge. Tom Garrard, State's Atty., and Grover C. Morris, Asst. State's Atty., both of Austin, for the State.

LATTIMORE, J. Appellant was convicted in the county court at law of Tarrant county of unlawfully carrying a pistol, and his punishment fixed at a fine of $100. A jury was waived, and the case was tried before the court. The information correctly set forth the charge, and, there being no statement of facts or bills of exception in the record, an affirmance must be ordered.

---

J. O. PRUITT v. STATE. (No. 8443.) (Court of Criminal Appeals of Texas. March 5, 1924. Rehearing Denied April 9, 1924.) Appeal from District Court, Johnson County; Irwin T. Ward, Judge. J. K. Russell, of Cleburne, for appellant. Tom Garrard, State's Atty., and Grover C. Morris, Asst. State's Atty., both of Austin, for the State.

LATTIMORE, J. Appellant was convicted in the district court of Johnson county of manufacturing intoxicating liquor, and his punishment fixed at one year in the penitentiary. The indictment charged the offense, appellant pleaded guilty, and the record is before us without statement of facts or bill of exceptions. No error appearing, the judgment will be affirmed.

---

W. B. PRUITT v. STATE. (No. 8444.) (Court of Criminal Appeals of Texas. March 5, 1924. Rehearing Denied April 9, 1924.) Appeal from District Court, Johnson County; Irwin T. Ward, Judge. J. K. Russell, of Cleburne, for appellant. Tom Garrard, State's